**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

OGUZHAN KAYA,

Petitioner,

v.

CHRISTOPHER LAROSE, Warden, Otay Mesa Detention Center,

Respondent.

Case No.:  26cv1667 DMS MSB

**ORDER GRANTING PETITION**

This case comes before the Court on the Petition for Writ of Habeas Corpus. Respondent filed a Return to the Petition stating he "does not oppose the petition and defers to the Court on the appropriate relief." (Return at 2.)  Accordingly, given the facts and claims at issue here, Respondents are directed to arrange an individualized bond hearing for Petitioner before an immigration judge on or before **April 23, 2026**. On or before **April 27, 2026**, Respondent shall file a Status Report confirming Petitioner has been provided with a bond hearing and setting out the result of that hearing.  In that Report, the Respondent shall also provide his position on whether a further order on the Petition is necessary or if the case may be dismissed as moot.

**IT IS SO ORDERED**.

Dated:  April 16, 2026

Hon. Dana M. Sabraw
United States District Judge

1

26cv1667 DMS MSB